UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Case No. 26-CR-20639

vs.

Hon. Laurie J. Michelson

D-1 Kijuana Evans, and
D-2 Lonnie Griffin

Defendants.

---

**STIPULATION TO ADJOURN THE MOTION DEADLINE, FINAL PRETRIAL CONFERENCE/PLEA CUT-OFF AND THE JURY TRIAL**

---

Defendants D-1 Kijuana Evans, and D-2 Lonnie Griffin and the United States of America stipulate and agree that there is good cause to adjourn the motion deadline, final pretrial conference/plea cut-off, jury trial, and all other dates and deadlines in this case. The parties request an approximately four-month adjournment of all dates, including the jury trial date of December 1, 2026. This extension of time is necessary for the following reasons:

- On October 1, 2026, an indictment charging the defendants was unsealed. The indictment charges all defendants with one count of Conspiracy to Commit Wire Fraud under 18 U.S.C. § 1349, and multiple counts of Wire Fraud, under 18 U.S.C. § 1343. Each defendant was also charged with Money Laundering under 18 U.S.C.§ 1957. (ECF No. 1).

- On the same day, both defendants made their initial appearance and were arraigned. They were released on bond with conditions.
- On October 6, 2026, the Court issued a scheduling order setting a trial date of December 1, 2026. (ECF No. 29).
- The discovery in this case will be voluminous and complex. In financial records and court documents, the discovery materials contain personal identifying information of multiple victims and other individuals. Due to the amount of discovery, the complexity of the case, and the need to protect those individuals named in the discovery materials, the parties have agreed to a protective order. The order will allow the government to speed up its review and production of the discovery materials to the defendants attorneys.
- The Government needs additional time to process discovery materials.
- Once produced, Defense counsel will require additional time to review the discovery materials and to review them with each defendant in order to be able to effectively prepare for trial, determine what, if any motions should be filed, or to effectively engage in plea negotiations.
- Therefore, the parties all request an approximate four-month adjournment of all dates and deadlines, including the jury trial date.

For these reasons, the parties stipulate and request that these dates be adjourned for approximately four months. The parties request that this additional time, beginning with the day of the filing of this stipulation and order, be excluded from the Speedy Trial Act because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (7).

**IT IS SO STIPULATED.**

Respectfully submitted,

/s/ *Robert A. Moran*
Robert A. Moran
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
phone: 313-226-9553
e-mail: robert.moran@usdoj.gov

/s/ *Patrick E. Nyenhuis* (w/consent)
Patrick E. Nyenhuis
Attorney for Kijuana Evans
615 Griswold Street Suite 1325
Detroit, MI 48226
phone: 313-244-4500
email: pnyenhuis@gmail.com

/s/ *Cyril C. Hall* (w/consent)
Cyril C. Hall
Attorney for Lonnie Griffin
23950 Princeton
Dearborn, MI 48124
phone: 313-788-8888
email: chall@hallmakled.com

Dated: October 28, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Case No. 26-CR-20639

vs.

Hon. Laurie J. Michelson

D-1 Kijuana Evans, and
D-2 Lonnie Griffin

Defendants.

---

**ORDER ADJOURNING MOTION DEADLINE, FINAL PRETRIAL CONFERENCE/PLEA CUTOFF AND THE JURY TRIAL**

---

This matter coming before the court on the stipulation of the parties, and the Court adopting the reasons for an adjournment set forth in the stipulation, it is hereby **ORDERED** that good cause exists to adjourn all deadlines, cutoff dates, and the jury trial. New dates are set as follows:

Motion cutoff: 3/1/2027

Plea cutoff/Final Pretrial Conference: 3/23/2027 at 2:00 p.m.

Trial Date: 4/1/2027 at 8:30 a.m.

It is further **ORDERED** that the period from today's date until the new trial date of 4/1/2027, shall be excluded from the speedy trial clock. *See* 18 U.S.C. §§ 3161(h)(1) & (h)(7). The facts set forth in the parties' stipulation are adopted by the Court and the Court finds that the facts justify the adjournment of the final pretrial

conference and trial date and the exclusion of the time under the "ends of justice" subsection of the Speedy Trial Act.

**IT IS SO ORDERED.**

s/Laurie J. Michelson
Hon. Laurie J. Michelson
United States District Judge

Dated: October 29, 2026